UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re KOMAKI HAYLE,

      Appellant,

vs.

MARTHA G. BRONITSKY,

      Appellee,
                                   /

No. 08-4928 MHP

**ORDER DISMISSING APPEAL**

    Appellant filed in this court a motion for stay pending appeal.  In this court's absence the General Duty Judge of this court denied the motion.  Appellant has not actually appealed from any specific order of the Bankruptcy Court.  He merely sought a stay of an order of that Court or a "preliminary injunction" of that court's order.  There being no appeal pending before this court, nor any final order from which appellant has alleged he seeks to appeal,

    IT IS HEREBY ORDERED that the appeal in this matter is DISMISSED without prejudice to a legitimate appeal from a final order of the Bankruptcy Court.

Date: November 25, 2008

                                              MARILYN HALL PATEL
                                              Judge
                                              United States District Court
                                              Northern District of California